**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. M-16-0252 |
| | § | |
| RAMIRO ASCENCIO NEVAREZ | § | |

## WAIVER OF INDICTMENT

I, **RAMIRO ASCENCIO NEVAREZ**, the above-named Defendant, who is accused of the following:

From in or around 2012 through in or around May 2015, the exact dates being unknown, in the Southern District of Texas and elsewhere, the defendant, **RAMIRO ASCENCIO NEVAREZ**, knowingly did combine, conspire, confederate, and agree with others known and unknown, including Executive 1 and others, to engage in monetary transactions by, through, and to a financial institution, in and affecting interstate commerce, in criminally derived property that was of a value greater than $10,000, that is, the deposit, withdrawal, transfer and exchange of United States currency, funds and monetary instruments, such property having been derived from specified unlawful activity, namely, violations of the Foreign Corrupt Practices Act, Title 15 United States Code, Section 78dd-2, in violation of Title 18 United States Code, Sections 1956(h) and 1957.

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open Court on the 4th day of March, 2016, prosecution by indictment and further consent that the proceeding may be by criminal information rather than by indictment.

_____
Ramiro Ascencio Nevarez, Defendant

_____
Counsel for Defendant

Before _____
      Judicial Officer